United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **REDGUARD, LLC** | § | |
| *Plaintiff* | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:25-cv-02545** |
| **ATLANTIC OCEANIC, LLC,** | § | |
| *Defendant.* | § | |

**ORDER GRANTING PLAINTIFF**
**REDGUARD, LLC'S MOTION FOR DEFAULT JUDGMENT**

Before the Court is Plaintiff RedGuard, LLC's Motion for Default Judgment against Defendant Atlantic Oceanic, LLC. Having considered the Motion, the record, and applicable law, the Court finds that the Motion should be GRANTED.

The record reflects that Defendant Atlantic Oceanic, LLC was properly served with the Summons and Complaint. Defendant failed to answer or otherwise respond within the time allowed by the Federal Rules of Civil Procedure. On February 26, 2026, the Clerk of Court entered default against Defendant. See Dkt. 25.

Because Defendant has failed to plead or otherwise defend this action, default judgment is appropriate pursuant to Federal Rule of Civil Procedure 55(b).

The Court further finds that Plaintiff has established its claim for breach of contract and has demonstrated damages in the amount of $270,227.38 as of May 27, 2025, representing unpaid invoices owed under the parties' agreement.

Accordingly, it is ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

It is further ORDERED that judgment is entered in favor of Plaintiff RedGuard, LLC and against Defendant Atlantic Oceanic, LLC as follows:

1. Actual damages in the amount of $270,227.38;

2. Reasonable attorneys' fees, in an amount of $26,472.00;

3. Costs of court;

4. Pre-judgment interest from May 27, 2025, through the date of this judgment at the rate of 12% per annum, and post-judgment interest at the rate allowed by law; and

5. All other relief to which Plaintiff is entitled.

This Order constitutes a final judgment as to Defendant Atlantic Oceanic, LLC.

SIGNED on this 28th day of April, 2026.

George C. Hanks Jr.

UNITED STATES DISTRICT JUDGE