# HEARING MINUTES

Cause No: 4:25-CV-2545

Style: Redguard, LLC v. Atlantic Oceanic, LLC

Hearing Type: Motion hearing

**Appearances:**

| **Counsel** | **Representing** |
| --- | --- |
| Alexis Nicole Del Rio | Plaintiff |

Date: April 23, 2026
Time: 10:42 a.m.—10:45 a.m.

Court reporter: ERO
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a motion hearing regarding docket entry 26.

Plaintiff's motion for a default judgment is **GRANTED**.

Docket entry 26 is **TERMINATED**.